UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:11CR401-W |
| v. | ) | |
| | ) | ORDER |
| MARCUS CURRY | ) | |
|     a/k/a "The King" | ) | |
| mailto:Thpckg@aol.com | ) | |

UPON JOINT MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and Defendant, by and through his counsel, Haakon Thorsen, for an order to rescind its order directing the Drug Enforcement Administration ("DEA") to conduct an analysis on the substance at issue in this case (Doc. No. 28).

Upon examination of the motions in this case, the Court finds that the parties have reached an agreement in which the government will submit the substance for the requested analysis, and therefore, the Court's prior Order is not longer necessary.

IT IS HEREBY ORDERED that the Order directing the DEA to analyze the substance in question in this matter be rescinded.

Signed: August 14, 2012

_____
Frank D. Whitney
United States District Judge